AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

**FILED**
MAY 31 2019
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK

United States of America
v.

JOHNSON, Shawn Dewayne (DOB: 12-03-1977)

Defendant(s)

Case No. DR-19-M-5106(1)

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __5/30/2019__ in the county of __Maverick__ in the __Western__ District of __Texas__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. 846 | ATTEMPT TO POSSESS WITH INTENT TO MANUFACTURE, DISTRIBUTE, OR DISPENSE APPROXIMATELY 5 KILOGRAMS OF COCAINE, A SCHEDULE II CONTROLLED SUBSTANCE, A VIOLATION OF TITLE 21 USC 846. |

This criminal complaint is based on these facts:

**********************************SEE ATTACHMENT**********************************

☑ Continued on the attached sheet.

_____
Complainant's signature
SA Nicholas Salardino, DEA
Printed name and title

Sworn to before me and signed in my presence.

Date: 5/31/2019

City and state: Del Rio, Texas

_____
Judge's signature
, U.S. Magistrate Judge

**Victor Roberto Garcia**
**U.S. Magistrate Judge**
Printed name and title