AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the

Western District of Texas

FILED
MAY 31 2019
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____ DEPUTY CLERK

United States of America )
v. )
JOHNSON, Shawn Dewayne ) Case No. DR- 19-M-5106 (1)
(DOB: 12-03-1977) )
)

Defendant

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unneccessary delay
*(name of person to be arrested)* JOHNSON, Shawn Dewayne,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☑ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

ATTEMPT TO POSSESS WITH INTENT TO MANUFACTURE, DISTRIBUTE, or DISPENSE 5 KILOGRAMS OF COCAINE, A SCHEDULE II CONTROLLED SUBSTANCE, A VIOLATION OF TITLE 21 USC SECTION 846.

Date: 05-31-2019

Victor Roberto Garcia
U.S. Magistrate Judge
*Issuing officer's signature*

City and state: Del Rio, Texas

_____, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 05-31-2019, and the person was arrested on *(date)* 05-30-2019
at *(city and state)* Eagle Pass, Texas.

Date: 05-31-2019

_____
*Arresting officer's signature*

SA Nicholas Salardino, DEA
*Printed name and title*