# UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
DEL RIO DIVISION

| | | |
|---|---|---|
| United States of America | § § | |
| vs. | § § | Case Number: DR:19-M -05106(1) |
| (1) Shawn Dewayne Johnson<br>*Defendant* | § | |

## ORDER APPOINTING COUNSEL

The above named defendant has testified under oath, or has otherwise satisfied this court, that he/she is financially unable to obtain counsel and does not wish to waive representation by counsel.

Therefore, in the interest of justice, Alberto Ramon, is hereby appointed to represent the defendant in the above-styled and numbered cause.

This appointment shall remain in effect until further order of this court.

ORDERED on 31st day of May, 2019.

VICTOR ROBERTO GARCIA
UNITED STATES MAGISTRATE JUDGE